FILED

12/12/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0618

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0618

_____

STATE OF MONTANA,

     Plaintiff and Appellee,

v.

ANDREW DAVID LARSON,

     Defendant and Appellant.

O R D E R

_____

     Appellant Andrew Davis Larson was granted an extension of time to file and serve the opening brief on or before December 4, 2024.  The opening brief is now overdue.

     IT IS THEREFORE ORDERED that Appellant shall prepare, file, and serve the opening brief on appeal no later than January 13, 2024.  Failure to file the brief within that time will result in dismissal of this appeal with prejudice and without further notice.

     The Clerk is directed to provide copies of this Order to all parties.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 12 2024